UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARK KOCH, individually,<br><br>                     Plaintiff,<br><br>v.<br><br>CHS INC., a Minnesota corporation, individually and in official capacity; GARY MOBBS, CHS Plant Manager, individually and in official capacity; and MATT WELCH, CHS Foreman, individually and in official capacity,<br><br>                     Defendant. | Case No. 2:12-cv-00463-CWD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

On February 7, 2011, United States Magistrate Judge Mikel H. Williams issued a Report and Recommendation upon conclusion of the Voluntary Case Management Conference in the above-entitled matter. Pursuant to Dist. Idaho L. Rule 16.1(a)(3)(B), the Court hereby adopts the recommendation, and modifies the Case Management Order (Dkt. 17) as follows:

      1. Amendment of pleadings and joinder of parties: **February 28, 2013**.

      2. Completion of discovery: **June 28th, 2013**.

      3. Plaintiff's disclosure of expert witnesses: **July 12th, 2013**.

**ORDER - 1**

4. Defendants' disclosure of expert witnesses: **August 16th, 2013**.

5. Rebuttal to expert disclosures: **August 30th, 2013**.

6. Completion of Expert Discovery: **September 13th, 2013**.

7. Dispositive Motions: **October 11th, 2013**.

All other terms set forth in the Case Management Order remain the same. It is further ordered that the Telephonic Status Conference set for February 15, 2013, at 10:30 a.m. MST is **VACATED**.

Dated: **February 8, 2013**

Honorable Candy W. Dale
United States Magistrate Judge

**ORDER - 2**